WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184
Fax: (503) 926-9133
  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JOANIE LaCLAIR**, | Case No. 1:15-cv-01689-SB |
|    Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security**, | |
|    Defendant. | |

    Attorneys' fees in the amount of $26,037.00 are hereby awarded to Attorney Tim Wilborn pursuant to 42 U.S.C. § 406(b). Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fees ($8,400.00) previously received by the attorney and to send to Plaintiff's attorney, Tim Wilborn, at the address above, the balance of **$17,637.00**, minus any user fee. Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

    DATED this 5th day of March, 2019.

                                         Stacie F. Beckerman
                                         U.S. Magistrate Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1